## McCOY v. STATE.
### No. 20979.

Court of Criminal Appeals of Texas.
April 10, 1940.

J. T. Kelley, of Odessa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for receiving and concealing stolen property of a value in excess of fifty dollars; punishment, two years in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.